wo

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　v.<br>Burton Golb,<br>　　　　　Defendant. | CR 90-0233-07-PHX-RCB<br>**ORDER ON SUPERVISED RELEASE** |

The Court having before it the Defendant Burton Golb's Motion to Terminate Supervised Release, Or, in the Alternative to Modify Conditions of Supervised Release, and the Court having considered the position of the United States Attorney's Office, which has no objection to the relief sought, for good cause shown, it is, by the Court hereby

ORDERED that the Defendant's Motion be and the same hereby is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall be terminated from supervised release as of the date of this Order.

DATED this 11th day of December, 2011.

_____
Robert C. Broomfield
Senior United States District Judge