WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Daniel A. Morales,<br><br>        Defendant,<br><br>and<br><br>Chapman Scottsdale Autoplex, LLC,<br><br>        Garnishee. | No. CR 90-0233-PHX-RCB<br><br>O R D E R |

Presently before the court is "Defendant Morales' Notice of Opposition to Clerk's Notice of Post Judgement Garnishment" (Doc. 908). As the court construes this Notice, Mr. Morales is seeking a hearing, for which the "Clerk's Notice of Post Judgment Garnishment" ("Clerk's Notice") specifically provides.[1]

---

[1] Although Mr. Morales did not request such a hearing within 20 days of receipt as that Notice requires, the court is willing to overlook this delay. That is because, depending upon whether the Clerk's Office mailing date is used, or that of the United States, the delay was relatively slight – only six days or one day late. Therefore, for now the court will overlook this delay, taking into account, among other things, Mr. Morales' *pro se* status. Mr. Morales is forewarned,

<u>See</u> Not. (Doc. 901) at 2.

After carefully reviewing defendant's Notice, the "United States' Response in Opposition to Defendant's Opposition to Clerk's Notice of Garnishment (Doc. 910), and other related filings, the court hereby ORDERS that a hearing shall be held on this matter. Such hearing shall be held on Thursday, January 5, 2012, at 11:00 a.m., Courtroom 606, Sixth Floor, Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona. Defendant Morales may appear either in person or telephonically. The United States shall personally appear through its counsel, however. Further, the garnishee, Chapman Scottsdale Autoplex, LLC may appear either in person or telephonically, but it is not required to appear at all. Additionally, although not required to do so, if defendant Morales files a Reply to the United States' Response, he shall do so by no later than 5:00 p.m., Wednesday, January 4, 2012.

DATED this ___29th___ day of December, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record, defendant Morales *pro se*, and garnishee Chapman Scottsdale Autoplex, LLC

---

however, that the court may not be so lenient about untimely filings in the future.